## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LUCINDA MANLEY,

      Plaintiff,

v.                                      CASE NO.:

SIHLE INSURANCE GROUP, INC.,

      Defendant.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Sihle Insurance Group, Inc.[1] (hereinafter "Defendant"), by and through its undersigned attorney, hereby gives notice that the civil action currently pending in the Circuit Court of the Eighteenth Judicial Circuit, Seminole County, Florida, identified as *Lucinda Manley v. Shile Insurance Group, Inc.*, Case No. 2019-CA-003158-16K-G, is removed to this Court without waiving any rights to which Defendant may be entitled, and says:

Pursuant to 28 U.S.C. §1446(a), copies of all record documents, including all orders, pleadings, and process which have to date been served upon Defendant are attached as Exhibit A.

The Complaint in the above action was filed on October 15, 2019.  Defendant received service of the Summons and Complaint on October 31, 2019  In compliance with 28 U.S.C. §1446(b), this Notice of Removal is timely filed within thirty (30) days of Defendant ascertaining that this case is removable.

---

[1] The Defendant's name was misspelled in the complaint as "Shile Insurance Group, Inc.," and has been corrected here.

6125044v.1

Removal of this action is proper under 28 U.S.C. §1441, the presence of a federal question. This is a civil action brought in a state court of which the district courts of the United States have original jurisdiction because Plaintiff has alleged a violation of federal law in her Complaint. Plaintiff has pled that Defendant failed to properly compensate her for all hours worked in violation of 29 U.S.C. § 201 *et seq*. and Florida common law. This Court has supplemental jurisdiction of Plaintiff's claims under Florida law pursuant to 28 U.S.C. §1367(a). See Plaintiff's Complaint, ¶1.

Pursuant to 28 U.S.C. § 1446(d), concurrent with the filing and service of this Notice of Removal, Defendant's Notice to Plaintiff of Removal has been served upon attorney for Plaintiff Matthew K. Fenton, Wenzel Fenton Cabassa, P.A., 1110 North Florida Avenue, Ste. 300, Tampa, Florida 33602.

Further, pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, along with Defendant's Notice of Removed Action, has been filed with the Clerk of the Circuit Court of the Eighteenth Judicial Circuit, Seminole County, Florida.

WHEREFORE, Defendant requests this action currently pending in the Circuit Court for Seminole County, Florida be removed to the United States District Court for the Middle District of Florida.

/s/      *Phillip J. Harris*
Phillip J. Harris, Esq., Fla. Bar No. 44107
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 N. Tampa St., Suite 3350
Tampa, FL  33602
(813) 223-7166 / Fax: (813) 223-2515
pharris@constangy.com
tampa@constangy.com
***Attorneys for Defendant***

6125044v.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of November, 2019, I electronically filed the

foregoing with the Clerk of Court by using the Federal Court CM/ECF filing system, which will

send a Notice of Electronic Filing, along with a true and correct copy of the foregoing via e-mail

to the following:

Matthew K. Fenton
Wenzel Fenton Cabassa
1110 N. Florida Ave., Ste. 300
Tampa, FL 33602
mfenton@wfclaw.com
tsoriano@wfclaw.com

/s/     *Phillip J. Harris*
Attorney for Defendant

6125044v.1