**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LUCINDA MANLEY,

      Plaintiff,

v.                                             Case No:  6:19-cv-2134-Orl-40GJK

SIHLE INSURANCE GROUP, INC.,

      Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice (Doc. 16), and the Supplemental Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice (Doc. 18). The United States Magistrate Judge has submitted a report recommending that the supplemental motion be granted.

After an independent *de novo* review of the record in this matter, and noting neither party has filed any timely objections to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 26, 2020 (Doc. 19), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice (Doc. 16), as supplemented (Doc. 18), is **GRANTED**.

3. The case is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on April 10, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2